[Nos. 9172–4–III; 9173–2–III;   Division Three.          May 15, 1990.]
9174–1–III; 9175–9–III.

FERMIN S. BACA, *Respondent,* v. THE DEPARTMENT
OF LICENSING, *Appellant.*

JOHN P. HINTZ, *Respondent,* v. THE DEPARTMENT
OF LICENSING, *Appellant.*

DOUGLAS RAYMOND TYLER, *Respondent,* v. THE
DEPARTMENT OF LICENSING, *Appellant.*

WILLIAM R. STUART, *Respondent,* v. THE DEPARTMENT
OF LICENSING, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 86–2–05243–1, 86–2–04815–9, 87–2–00937–2, 86–2–05241–5, B.J. McLean, J. Pro Tem., entered February 8, 1988. *Remanded* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., Shields, J., dissenting.